# United States District Court
## for
## Northern District of Indiana

### Petition for Warrant for Offender Under Supervision

Name of Offender: Michael J Wilson                                   Case Number: 2:16CR00180-001
3324 E 13th Street
Des Moines, Iowa 50317

Name of Sentencing Judicial Officer: The Honorable Joseph Van Bokkelen
Name of Assigned Magistrate Judge: The Honorable John Martin
Date of Original Sentence: December 5, 2017
Original Offense: Possessing a Firearm in Furtherance of a Crime of Violence
Original Sentence: 48 Months Bureau of Prisons; 36 Months Supervised Release
Type of Supervision: Supervised Release
Date Supervision Commenced: September 21, 2020

### PETITIONING THE COURT TO ISSUE A WARRANT

The probation officer believes that the offender has violated the following conditions of supervision as set forth in the Judgment.

**Mandatory Condition No. 1 (Grade A Violation):** The defendant shall not commit another federal, state, or local crime.

**Violation No. 1:** On or about May 13, 2021, the defendant was arrested and charged in the Southern District of Iowa under docket number DM21-13078 with Felon in Possession of a Firearm (D Felony); Possession of Heoin (Failure to Affix Drug Stamp D Felony; Possession of Marijuana (Failure to Affix Drug Stamp) D Felony; Possession of MDMA/Ectasy (Failure to Affix a Drug Stamp) D Felony and Possession of Methamphetamines (Failure to Affix a Drug Stamp) D Felony. As of this writing, the defendant is currently incarcerated in the Polk County Iowa Jail.

**Mandatory Condition No. 2 (Grade B Violation):** The defendant shall not unlawfully possess a controlled substance.

**Violation No. 1:** On or about May 13, 2021, the defendant was arrested and charged in the Southern District of Iowa under docket number DM21-13078 with Possession of Heoin (Failure to Affix Drug Stamp D Felony; Possession of Marijuana (Failure to Affix Drug Stamp) D Felony; Possession of MDMA/Ectasy (Failure to Affix a Drug Stamp) D Felony and Possession of Methamphetamines (Failure to Affix a Drug Stamp) D Felony. As of this writing, the defendant is currently incarcerated in the Polk County Iowa Jail.

Case 4:21-mj-00400-SHL   Document 1-1   Filed 06/23/21   Page 2 of 2
USDC IN/ND case 2:16-cr-00180-JVB-JEM   document 101 (Court only)   filed 05/17/21   page 2 of 3
Defendant: Michael J Wilson
Docket: 2:16CR00180-001

**Mandatory Condition No. 11 (Grade B Violation):** The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon (meaning an instrument designed to be used as a weapon and capable of causing death or serious bodily harm).

**Violation No. 1:** On or about May 13, 2021, the defendant was arrested and charged in the Southern District of Iowa under docket number DM21-13078 with Felon in Possession of a Firearm (D Felony Felony). As of this writing, the defendant is currently incarcerated in the Polk County Iowa Jail.

U.S. Probation Officer Recommendation:

    The term of supervision should be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:        May 14, 2021

/s/ Eric Johnston
_____
Eric R. Johnston
U.S. Probation Officer

THE COURT ORDERS:

☐ No action.

☐ The issuance of a summons.

☒ The issuance of a warrant.

☐ Other.

/s/Joshua P. Kolar
_____
Signature of Judicial Officer

5/17/2021
Date

2